JS-6



FILED
CLERK, U.S. DISTRICT COURT

Oct. 29, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>       Plaintiff,<br><br>   v.<br><br>PNE Investments LLC, a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | Case: 2:14-CV-01592-SVW-RZ<br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  Oct. 29, 2014

*/s/ Stephen V. Wilson*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE